JAMES R. WILLIAMS, County Counsel (S.B. #271253)
HANNAH KIESCHNICK, Deputy County Counsel (S.B. #319011)
KARAN SINGH DHADIALLA, Deputy County Counsel (S.B. # 296313)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and
SARA H. CODY, M.D.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| GATEWAY CITY CHURCH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | No. 20CV08241 EJD<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-2; [PROPOSED] ORDER**<br><br>Judge:  Honorable Edward J. Davila |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned action, by and through their respective counsel, have met and conferred and hereby stipulate as follows:

WHEREAS, Plaintiffs filed the operative First Amended Complaint in this action on December 9, 2020 (ECF No. 40);

WHEREAS, on December 9, 2020, Plaintiffs filed a motion for preliminary injunction (ECF No. 47);

WHEREAS, on December 21, 2020, the parties filed a stipulation to extend the deadline for Defendants to file responses to the First Amended Complaint until twenty-one (21) days after the Court's ruling on Plaintiffs' motion for preliminary injunction (ECF No. 51);

WHEREAS, on January 29, 2021, the Court issued a ruling granting in part and denying in part Plaintiffs' motion for preliminary injunction (ECF No. 64);

1

Stipulated Request for Order Changing Time for Initial Case
Management Conference and Related Deadlines; [Proposed] Order

20CV08241 EJD

1   WHEREAS, on February 1, 2021, Plaintiffs filed a notice of appeal (ECF No. 55), which has
2   been docketed as Ninth Circuit Case No. 21-15189;

3   WHEREAS, on February 2, 2021, the parties filed a stipulation to extend the deadline for
4   Defendants to file responses to the First Amended Complaint until twenty-one (21) days after the
5   Ninth Circuit issues the mandate on the appeal from this Court's ruling on the preliminary injunction
6   motion (ECF No. 70);

7   WHEREAS, pursuant to Docket Entry 25, the parties' Joint Case Management Statement is
8   due by February 16, 2021 and the Initial Case Management Conference is set for February 25, 2021
9   at 10:00 A.M. (ECF No. 25);

10  WHEREAS, pursuant to Docket Entry 10, if the Initial Case Management Conference is
11  continued, unless otherwise ordered, the deadline to meet and confer regarding initial disclosures,
12  early settlement, ADR process selection, and discovery plan is continued to 21 days in advance of
13  the Initial Case Management Conference;

14  WHEREAS, pursuant to Docket Entry 10, if the Initial Case Management Conference is
15  continued, unless otherwise ordered, the deadline to file a Rule 26(f) report, complete initial
16  disclosures or state objection in Rule 26(f) report, and file a Case Management Statement is
17  continued to 7 days in advance of the Initial Case Management Conference;

18  WHEREAS, the parties agree that it would promote judicial efficiency and conserve party
19  resources to change the time for the Initial Case Management Conference until sixty (60) days after
20  the Ninth Circuit issues the mandate on appeal from this Court's ruling on the preliminary injunction
21  motion.

22  NOW, THEREFORE, PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA
23  LOCAL RULE 6-2, IT IS HEREBY RESPECTFULLY REQUESTED, BY AND BETWEEN
24  PLAINTIFFS AND DEFENDANTS THROUGH THEIR RESPECTIVE COUNSEL, THAT: this
25  Court issue an order continuing the Initial Case Management Conference until sixty (60) days after
26  ///
27  ///
28  ///

2

Stipulated Request for Order Changing Time for Initial Case                             20CV08241 EJD
Management Conference and Related Deadlines; [Proposed] Order

the Ninth Circuit issues the mandate on the appeal from this Court's ruling on Plaintiffs' preliminary injunction motion.

Dated: February 11, 2021                                  Respectfully submitted,

                                                                               JAMES R. WILLIAMS
                                                                               County Counsel

                                                              By: */s/ Hannah Kieschnick*[1]
                                                                   HANNAH KIESCHNICK
                                                                   Deputy County Counsel

                                                                   Attorneys for Defendants
                                                                   COUNTY OF SANTA CLARA and
                                                                   SARA H. CODY, M.D.

Dated: February 11, 2021                            By: */s/ Todd Grabarsky*
                                                                   TODD GRABARSKY
                                                                   Deputy Attorney General
                                                                   *Attorneys for Defendants Governor Gavin*
                                                                   *Newsom and Public Health Officer Dr. Tomás*
                                                                   *Aragón*

Dated: February 11, 2021                            By: */s/ Kevin T. Snider*
                                                                   KEVIN T. SNIDER
                                                                   Pacific Justice Institute
                                                                   *Attorneys for Plaintiffs Gateway City Church, et al.*

**Pursuant to the Stipulation, IT IS SO ORDERED.**

Dated: February ____, 2021                          _____
                                                                   HONORABLE EDWARD J. DAVILA
                                                                   UNITED STATED DISTRICT JUDGE

2357188

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

Stipulated Request for Order Changing Time for Initial Case
Management Conference and Related Deadlines; [Proposed] Order

20CV08241 EJD