1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   HANNAH KIESCHNICK, Deputy County Counsel (S.B. #319011)
2  KARAN SINGH DHADIALLA, Deputy County Counsel (S.B. # 296313)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San José, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA and
   SARA H. CODY, M.D.
7

8                       UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9                            (San José Division)

10

11  GATEWAY CITY CHURCH, et al.,          No. 20CV08241 EJD

12              Plaintiffs,               **STIPULATED REQUEST FOR ORDER
                                          CHANGING TIME FOR INITIAL CASE
13  v.                                    MANAGEMENT CONFERENCE AND
                                          RELATED DEADLINES PURSUANT TO
14  GAVIN NEWSOM, et al.,                 CIVIL LOCAL RULE 6-2; [PROPOSED]
                                          ORDER**
15              Defendants.
                                          Judge:  Honorable Edward J. Davila
16

17          Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned

18  action, by and through their respective counsel, have met and conferred and hereby stipulate as

19  follows:

20          WHEREAS, Plaintiffs filed the operative First Amended Complaint in this action on

21  December 9, 2020 (ECF No. 40);

22          WHEREAS, on December 9, 2020, Plaintiffs filed a motion for preliminary injunction (ECF

23  No. 47);

24          WHEREAS, on December 21, 2020, the parties filed a stipulation to extend the deadline for

25  Defendants to file responses to the First Amended Complaint until twenty-one (21) days after the

26  Court's ruling on Plaintiffs' motion for preliminary injunction (ECF No. 51);

27          WHEREAS, on January 29, 2021, the Court issued a ruling granting in part and denying in

28  part Plaintiffs' motion for preliminary injunction (ECF No. 64);

                                            1

1   WHEREAS, on February 1, 2021, Plaintiffs filed a notice of appeal (ECF No. 55), which has

2   been docketed as Ninth Circuit Case No. 21-15189;

3   WHEREAS, on February 2, 2021, the parties filed a stipulation to extend the deadline for

4   Defendants to file responses to the First Amended Complaint until twenty-one (21) days after the

5   Ninth Circuit issues the mandate on the appeal from this Court's ruling on the preliminary injunction

6   motion (ECF No. 70);

7   WHEREAS, pursuant to Docket Entry 25, the parties' Joint Case Management Statement is

8   due by February 16, 2021 and the Initial Case Management Conference is set for February 25, 2021

9   at 10:00 A.M. (ECF No. 25);

10   WHEREAS, pursuant to Docket Entry 10, if the Initial Case Management Conference is

11   continued, unless otherwise ordered, the deadline to meet and confer regarding initial disclosures,

12   early settlement, ADR process selection, and discovery plan is continued to 21 days in advance of

13   the Initial Case Management Conference;

14   WHEREAS, pursuant to Docket Entry 10, if the Initial Case Management Conference is

15   continued, unless otherwise ordered, the deadline to file a Rule 26(f) report, complete initial

16   disclosures or state objection in Rule 26(f) report, and file a Case Management Statement is

17   continued to 7 days in advance of the Initial Case Management Conference;

18   WHEREAS, the parties agree that it would promote judicial efficiency and conserve party

19   resources to change the time for the Initial Case Management Conference until sixty (60) days after

20   the Ninth Circuit issues the mandate on appeal from this Court's ruling on the preliminary injunction

21   motion.

22   NOW, THEREFORE, PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA

23   LOCAL RULE 6-2, IT IS HEREBY RESPECTFULLY REQUESTED, BY AND BETWEEN

24   PLAINTIFFS AND DEFENDANTS THROUGH THEIR RESPECTIVE COUNSEL, THAT: this

25   Court issue an order continuing the Initial Case Management Conference until sixty (60) days after

26   ///

27   ///

28   ///

1    the Ninth Circuit issues the mandate on the appeal from this Court's ruling on Plaintiffs' preliminary

2    injunction motion.

3    Dated:  February 11, 2021                                Respectfully submitted,

4                                                             JAMES R. WILLIAMS
                                                             County Counsel
5

6                                                    By:   */s/ Hannah Kieschnick*[1]
                                                             HANNAH KIESCHNICK
7                                                            Deputy County Counsel

8                                                            Attorneys for Defendants
                                                             COUNTY OF SANTA CLARA and
9                                                            SARA H. CODY, M.D.

10
     Dated:  February 11, 2021                       By:   */s/ Todd Grabarsky*
11                                                          TODD GRABARSKY
                                                             Deputy Attorney General
12                                                           *Attorneys for Defendants Governor Gavin*
                                                             *Newsom and Public Health Officer Dr. Tomás*
13                                                           *Aragón*

14
     Dated:  February 11, 2021                       By:   */s/  Kevin T. Snider*
15                                                          KEVIN T. SNIDER
                                                             Pacific Justice Institute
16                                                           *Attorneys for Plaintiffs Gateway City Church, et*
                                                             *al.*
17
     **The Initial Case Management Conference is CONTINUED to May 13, 2021 at 10:00 a.m.  The parties**
18   **shall file a joint case management conference statement by no later than May 3, 2021.  The Court will**
     **consider a stipulation for further continuance if necessary to accommodate the Ninth Circuit appeal.**
19   ~~**Pursuant to the Stipulation,**~~ **IT IS SO ORDERED.**

20

21   Dated:  February __12__, 2021

22                                                           HONORABLE EDWARD J. DAVILA
                                                             UNITED STATED DISTRICT JUDGE
23

24

25   2357188

26

27   _____

28   [1] Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose
     behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3