UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GATEWAY CITY CHURCH; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>GAVIN NEWSOM and SANDRA SHEWRY, Acting Director CDPH,<br><br>        Defendants,<br><br> and<br><br>SARA H. CODY, SCC Health Officer and COUNTY OF SANTA CLARA,<br><br>        Defendants - Appellants. | No. 21-15236<br><br>D.C. No. 5:20-cv-08241-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

The motion filed by the appellants on February 12, 2021 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7